RECEIVED
IN LAKE CHARLES, LA

FEB 26 2013

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RONALD McGEE | CIVIL ACTION NO. 2:10-cv-1826 |
| VS. | JUDGE PATRICIA MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, on this __23__ day of __February__, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE